1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister Jr., Esq., SBN 111282
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7
8  Igor Korbatov (SBN 136773)
   ikorbatov@ifklaw.com
9  Lauren M. Korbatov (SBN 307451)
   lkorbatov@ifklaw.com
10 ISRAEL, FRIEDBERG, & KORBATOV, LLP
   421 South Beverly Dr., Floor 5
11 Beverly Hills, CA 90212
12 Telephone: (310) 278-7001
   Facsimile: (310) 878-8336
13 Attorneys for Defendant
   9601 Santa Monica, LLC
14
15 Javad Navran (SBN 321159)
   joe@navranlaw.com
16 Aasim M. Ghaznavi (SBN 331320)
   aasim@navranlaw.com
17 NAVRAN LAW, APLC
18 23832 Rockfield Blvd, Suite 260
   Lake Forest, CA 92630
19 Telephone: (949) 316-2647
   Facsimile: (949) 449-8656
20 Attorneys for Defendant
21 Rockstar Kids LLC
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, <br><br> Plaintiff, <br><br> v. <br><br> 9601 SANTA MONICA, LLC, a California Limited Liability Company; and ROCKSTAR KIDS LLC, a California Limited Liability Company, <br><br> Defendants. | Case No.: 2:20-cv-10194-AB-AGR <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 23, 2021        CENTER FOR DISABILITY ACCESS

By:    /s/ Amanda Seabock
       Amanda Seabock
       Attorneys for Plaintiff

Dated: March 23, 2021        ISRAEL, FRIEDBERG, & KORBATOV, LLP

By:    /s/ Lauren M. Korbatov
       Igor Korbatov
       Lauren M. Korbatov
       Attorneys for Defendant
       9601 Santa Monica, LLC

| | | |
|---|---|---|
| 1 | Dated: March 23, 2021 | NAVRAN LAW, APLC |
| 4 | | By:   /s/ Javed Navran |
| 5 | | Javad Navran |
| | | Aasim M. Ghaznavi |
| 6 | | Attorneys for Defendant |
| | | Rockstar Kids LLC |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Lauren M. Korbatov, counsel for 9601 Santa Monica, LLC and Javad Navran, counsel for Rockstar Kids LLC, and that I have obtained authorization to affix their electronic signature to this document.

Dated: March 23, 2021           CENTER FOR DISABILITY ACCESS

                        By:    /s/ Amanda Seabock
                               Amanda Seabock
                               Attorneys for Plaintiff